No. 11-419. Yiling Zhang, Petitioner v. Lake Elsinore Unified School District, et al.

565 U.S. 1061, 132 S. Ct. 778, 181 L. Ed. 2d 487, 2011 U.S. LEXIS 8583.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 410 Fed. Appx. 53.